# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Cintas Corp | 11/30/2022 | Wire | $ 8,948.10 |
| Akorn Operating Company, LLC | Cintas Corp | 11/30/2022 | Wire | $ 201.16 |
| Akorn Operating Company, LLC | Cintas Corp | 11/30/2022 | Wire | $ 966.19 |
| Akorn Operating Company, LLC | Cintas Corp | 12/9/2022 | Wire | $ 19,389.00 |
| Akorn Operating Company, LLC | Cintas Corp | 12/9/2022 | Wire | $ 142.03 |
| Akorn Operating Company, LLC | Cintas Corp | 12/16/2022 | Wire | $ 7,431.55 |
| Akorn Operating Company, LLC | Cintas Corp | 12/16/2022 | Wire | $ 328.07 |
| Akorn Operating Company, LLC | Cintas Corp | 12/23/2022 | Wire | $ 64.64 |
| Akorn Operating Company, LLC | Cintas Corp | 12/23/2022 | Wire | $ 183.69 |
| Akorn Operating Company, LLC | Cintas Corp | 12/23/2022 | Wire | $ 497.47 |
| | | | | $ 38,151.90 |