# **EXHIBIT C**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Cintas Garment | 2/14/2023 | Wire | $ 11,714.49 |
| | | | | $ 11,714.49 |