# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Cintas Garment 780 | 1/6/2023 | Wire | $ 21,939.63 |
| Akorn Operating Company, LLC | Cintas Garment 780 | 1/13/2023 | Wire | $ 10,643.42 |
| Akorn Operating Company, LLC | Cintas Garment 780 | 1/20/2023 | Wire | $ 6,083.84 |
| Akorn Operating Company, LLC | Cintas Garment 780 | 2/1/2023 | Wire | $ 16,447.78 |
| | | | | $ 55,114.67 |