**Exhibit B**

**Entry of Default**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>CINTAS CORPORATION A/K/A CINTAS GARMENT 780, CINTAS CORPORATION, CINTAS CORPORATION A/K/A CINTAS GARMENT,<br><br>Defendants. | Adv. Proc. No. 25- 50327  (KBO)<br><br>**Related Adv. D.I.:** _____ |

## **ENTRY OF DEFAULT**

It appears from the record that the following defendants failed to plead or otherwise defend in this case as required by law.

> Names:  Cintas Corporation a/k/a Cintas Garment 780, Cintas Corporation, Cintas Corporation a/k/a Cintas Garment

Therefore, default is entered against the defendants as authorized by Federal Rule of Bankruptcy Procedure 7055.

Dated: _____, 2025        */s/ Stephen L. Grant*_____
                                                             Clerk of the Bankruptcy Court

                                                  By:_____
                                                             Deputy Clerk

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.